# Sonya Kay Meneely
## Meneely Court Reporting
Northern Oklahoma's Complete Court Reporting Source Since 1991
PO Box 2534
Ponca City, Oklahoma 74602
sonyakay@shidlerok.net
580-765-1370

| | |
|---|---:|
| Total Invoice | $342.00 |
| RPM Paid | -171.45 |
| **Defs.' Expense** | **$171.45** |

June 12, 2012

INVOICE NUMBER 12-49

ON ACCOUNT WITH:
Mr. Guy Clark
Northcutt, Clark, Gardner, Hron & Brune
400 East Central, Suite 401
PO Box 1669
Ponca City, Oklahoma 74602

In Re: National Motorsport Association v ABC Race Association, et al; CIV-12-113-L
*****************************************************************************
The depositions of MIKE DURAN and DANA CHARLES FISHER were taken on the 6th day of June, 2012, in Ponca City, Oklahoma.
*****************************************************************************
One copy each, etran and PDF
Exhibits PDF
Witness signature

| | | |
|---|---:|---:|
| Mike Duran | 199.25 | *179.32* |
| Dana Charles Fisher | 181.75 | *163.58* |
| **TOTAL AMOUNT DUE** | **381.00** | |

*****************************************************************************

Receive a 10 percent discount on all invoices paid within 10 days!

**Total Amount Due if paid by June 22, 2012** (342.90)  *pd 06/20/2012*
NET 30 DAYS
*****************************************************************************
TAX ID NUMBER: 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

### THANK YOU!!!
A 1.5 percent finance charge will be added to all invoices over 30 days

*ENTERED*

*06/20/2012*

# INVOICE

**PROFESSIONAL REPORTERS**
(800) 376-1006  Fax (405) 272-0559

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93182 | 7/11/2012 | 77270 |
| Job Date | Case No. | |
| 7/9/2012 | 24034 | |

**Case Name**

NMA vs. ABC Race Association

Guy Clark
Northcutt, Clark, Gardner, Hron & Brune
400 E. Central
Suite 401
Ponca City OK  74601

|  | | |
|---|---|---|
| | Total Invoice | $560.00 |
| Net 30 days | RPM Paid | -280.00 |
| | **Defs.' Expense** | **$280.00** |

Ron Hendrickson                                                          560.00

                                              **TOTAL DUE >>>**        **$560.00**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF YOUR PORTION OF THE VIDEO SERVICES.

**ENTERED**

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

07/12/2012
$280.00
ck #28865

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Guy Clark
Northcutt, Clark, Gardner, Hron & Brune
400 E. Central
Suite 401
Ponca City OK  74601

Job No.     : 77270           BU ID        : 1-Oklahoma
Case No.    : 24034
Case Name   : NMA vs. ABC Race Association

Invoice No. : 93182           Invoice Date : 7/11/2012
Total Due   : $560.00

Remit To:  **Professional Reporters**
           **511 Couch Drive**
           **Suite 100**
           **Oklahoma City OK  73102**

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

# Sonya Kay Meneely
## Meneely Court Reporting
Northern Oklahoma's Complete Court Reporting Source Since 1991
PO Box 2534
Ponca City, Oklahoma 74602
sonyakay@shidlerok.net
580-765-1370

|  |  |
|---|---|
| Total Invoice | $1,106.55 |
| RPM Paid | -312.86 |
| **Defs.' Expense** | **$793.69** |

July 25, 2012

INVOICE NUMBER 12-71

ON ACCOUNT WITH:
Mr. Guy Clark
Northcutt, Clark, Gardner, Hron & Brune
400 East Central, Suite 401
PO Box 1669
Ponca City, Oklahoma 74602

In Re: NMA v ABC, et al; CIV-12-113-L
*************************************************************************

The deposition of RON HENRICKSEN was taken on the 9th day of July, 2012, in Oklahoma City, Oklahoma.
*************************************************************************

Reporter: Sonya Meneely
Original and one copy
Exhibits 12 - 40 with tabs
Compressed with index
Etran and PDF files

**TOTAL AMOUNT DUE**            1229.50

pd 07/26/2012 # 28908

*************************************************************************

Receive a 10 percent discount on all invoices paid within 10 days!

**Total Amount Due if paid by August 5, 2012**    1106.55
NET 30 DAYS
*************************************************************************
TAX ID NUMBER: 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

## *THANK YOU!!!*
A 1.5 percent finance charge will be added to all invoices over 30 days.

08/09/2012 CK

# Sonya Kay Meneely

Meneely Court Reporting
Northern Oklahoma's Complete Court Reporting Source Since 1991
PO Box 2534
Ponca City, Oklahoma 74602
sonyakay@shidlerok.net
580-765-1370

|  |  |
|---|---|
| Total Invoice | $369.00 |
| RPM Paid | -0.00 |
| **Defs.' Expense** | **$369.00** |

July 30, 2012

INVOICE NUMBER 12-75

ON ACCOUNT WITH:
Mr. Guy Clark
Northcutt, Clark, Gardner, Hron & Brune
400 East Central, Suite 401
PO Box 1669
Ponca City, Oklahoma 74602

In Re: NMA v ABC, et al; CIV-12-113-L
*********************************************************************

The deposition of GARY MILES was taken on the 10th day of July, 2012, in Oklahoma City, Oklahoma.
*********************************************************************

Reporter: Sonya Meneely
One copy
Exhibits 41-67 with tabs
Compressed with index
Etran and PDF files

PAID
08/09/2012
ck #28954

**TOTAL AMOUNT DUE**                                410.00
*********************************************************************

Receive a 10 percent discount on all invoices paid within 10 days!

**Total Amount Due if paid by August 9, 2012**        369.00
NET 30 DAYS
*********************************************************************

TAX ID NUMBER: 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

## *THANK YOU!!!*

A 1.5 percent finance charge will be added to all invoices over 30 days.

08/08/2012ck

# Sonya Kay Meneely
## Meneely Court Reporting
Northern Oklahoma's Complete Court Reporting Source Since 1991
PO Box 2534
Ponca City, Oklahoma 74602
sonyakay@shidlerok.net
580-765-1370

|  |  |
|---|---|
| Total Invoice | $472.95 |
| RPM Paid | -236.47 |
| **Defs.' Expense** | **$236.48** |

August 29, 2012

INVOICE NUMBER 12-88

ON ACCOUNT WITH:
Mr. Guy Clark
Northcutt, Clark, Gardner, Hron & Brune
400 East Central, Suite 401
PO Box 1669
Ponca City, Oklahoma 74602

In Re: NMA v ABC, et al; CIV-12-113-L
*****************************************************************
The deposition of TOM BURG was taken on the 26th day of August, 2012, in Ponca City, Oklahoma.
*****************************************************************
Reporter: Sonya Kay Meneely
One copy
Compressed and Word Index
Etran and PDF files
Certified Question
Exhibit Notebook
Exhibits and tabs
**Total Amount Due**                                525.50
*****************************************************************
Receive a 10 percent discount on all invoices paid within 10 days!
**Total Amount Due if paid by September 8, 2012**      472.95
NET 30 DAYS
*****************************************************************
TAX ID NUMBER: 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

## *THANK YOU!!!*
A 1.5 percent finance charge will be added to all invoices over 30 days.

RECEIVED
08/29/2012

# Sonya Kay Meneely
## Meneely Court Reporting
Northern Oklahoma's Complete Court Reporting Source Since 1991
PO Box 2534
Ponca City, Oklahoma 74602
sonyakay@shidlerok.net
580-765-1370

|  |  |
|---|---|
| Total Invoice | $539.77 |
| RPM Paid | -269.89 |
| **Defs.' Expense** | **$269.88** |

September 4, 2012

INVOICE NUMBER 12-92

ON ACCOUNT WITH:
Mr. Guy Clark
Northcutt, Clark, Gardner, Hron & Brune
400 East Central, Suite 401
PO Box 1669
Ponca City, Oklahoma 74602

In Re: NMA v ABC, et al; ClV-12-113-L
*****************************************************************
The deposition of TOM FENDER and BILL STUEVER were taken on the 13th and 14th days of August, 2012, in Ponca City, Oklahoma.
*****************************************************************
Reporter: Sonya Kay Meneely
One copy each
Compressed and Word Index
Etran and PDF files

| | | |
|---|---|---|
| TOM FENDER | 295.50 | 265.95 |
| BILL STUEVER | 304.25 | 273.82 |
| **Total Amount Due** | **599.75** | |

*****************************************************************
Receive a 10 percent discount on all invoices paid within 10 days!
**Total Amount Due if paid by September 14, 2012**   539.77
NET 30 DAYS
*****************************************************************
TAX ID NUMBER: 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

### THANK YOU!!!
A 1.5 percent finance charge will be added to all invoices over 30 days.

*pd 09/05/2012*

09/04/2012

# Sonya Kay Meneely

Meneely Court Reporting
Northern Oklahoma's Complete Court Reporting Source Since 1991
PO Box 2534
Ponca City, Oklahoma 74602
sonyakay@shidlerok.net
580-765-1370

|  |  |
|---|---|
| Total Invoice | $316.35 |
| RPM Paid | -158.17 |
| **Defs.' Expense** | **$158.18** |

September 10, 2012

INVOICE NUMBER 12-95

ON ACCOUNT WITH:
Mr. Guy Clark
Northcutt, Clark, Gardner, Hron & Brune
400 East Central, Suite 401
PO Box 1669
Ponca City, Oklahoma 74602

In Re: NMA v ABC, et al; CIV-12-113-L
*************************************************************************
The deposition of RODNEY BERRYHILL was taken on the 22nd day of August, 2012, in Ponca City, Oklahoma.
*************************************************************************

Reporter: Sonya Kay Meneely
Original and one copy
Exhibits 111 through 116
Compressed and Word Index
Etran and PDF file

**Total Amount Due**                                        351.50
*************************************************************************
Receive a 10 percent discount on all invoices paid within 10 days!
**Total Amount Due if paid by September 20, 2012**    316.35
NET 30 DAYS
                                                                  pd. 9/19/2012
*************************************************************************
TAX ID NUMBER: 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                    CK #29096

## *THANK YOU!!!*
A 1.5 percent finance charge will be added to all invoices over 30 days.

ENTERED

RECEIVED
09/10/2012

# Sonya Kay Meneely
## Meneely Court Reporting
Northern Oklahoma's Complete Court Reporting Source Since 1991
PO Box 2534
Ponca City, Oklahoma 74602
<u>sonyakay@shidlerok.net</u>
580-765-1370

|  |  |
|---|---|
| Total Invoice | $224.55 |
| RPM Paid | -0.00 |
| **Defs.' Expense** | **$224.55** |

October 2, 2012

INVOICE NUMBER 12-105

ON ACCOUNT WITH:
Mr. William Oldfield
Northcutt, Clark, Gardner, Hron & Brune
400 East Central, Suite 401
PO Box 1669
Ponca City, Oklahoma - 74602

In Re: NMA v ABC, et al; CIV-12-113-L
*********************************************************************

The deposition of BEN EVANS was taken on the 13th day of September, 2012, in Ponca City, Oklahoma.
*********************************************************************

Reporter: Sonya Kay Meneely
One copy
Compressed Transcript
Word Index
Etran, PDF, ASCII
Exhibits 117 through 126 with tabs
Witness signature
**Total Amount Due**                                    **249.50**
*********************************************************************

Receive a 10 percent discount on all invoices paid within 10 days!
**Total Amount Due if paid by October 12, 2012         224.55**
NET 30 DAYS
*********************************************************************

TAX ID NUMBER: 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          pd 10/02/2012
***THANK YOU!!!*** ck# 29148
A 1.5 percent finance charge will be added to all invoices over 30 days.

RECEIVED
10/02/2012

# Sonya Kay Meneely
## Meneely Court Reporting
Northern Oklahoma's Complete Court Reporting Source Since 1991
PO Box 2534
Ponca City, Oklahoma 74602
sonyakay@shidlerok.net
580-765-1370

|  |  |
|---|---|
| Total Invoice | $391.50 |
| RPM Paid | -195.75 |
| **Defs.' Expense** | **$195.75** |

October 5, 2012

INVOICE NUMBER 12-108

ON ACCOUNT WITH:
Mr. William Oldfield
Northcutt, Clark, Gardner, Hron & Brune
400 East Central, Suite 401
PO Box 1669
Ponca City, Oklahoma - 74602

In Re: NMA v ABC, et al; ClV-12-113-L
*********************************************************************
The deposition of BRET SMITH was taken on the 18th day of September, 2012, in Ponca City, Oklahoma.
*********************************************************************
Reporter: Sonya Kay Meneely
One copy
Compressed Transcript
Word Index
Etran, PDF
Exhibits 127 through 134 with tabs
Witness signature
**Total Amount Due**                                             435.00
*********************************************************************
Receive a 10 percent discount on all invoices paid within 10 days!
**Total Amount Due if paid by October 15, 2012           391.50**
NET 30 DAYS
*********************************************************************
TAX ID NUMBER: 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         pd 10/15/2012
                        ***THANK YOU!!!*** ck#29181
A 1.5 percent finance charge will be added to all invoices over 30 days.

ENTERED

# Sonya Kay Meneely
## Meneely Court Reporting
Northern Oklahoma's Complete Court Reporting Source Since 1991
PO Box 2534
Ponca City, Oklahoma 74602
sonyakay@shidlerok.net
580-765-1370

|  |  |
|---|---|
| Total Invoice | $582.97 |
| RPM Paid | -291.49 |
| **Defs.' Expense** | **$291.48** |

October 15, 2012

INVOICE NUMBER 12-113

ON ACCOUNT WITH:
Mr. William Oldfield
Northcutt, Clark, Gardner, Hron & Brune
400 East Central, Suite 401
PO Box 1669
Ponca City, Oklahoma - 74602

In Re: NMA v ABC, et al; CIV-12-113-L
*******************************************************************
The depositions of WINSTON LINDSAY, IV, and BLAKE CONNELLY were taken on the 19th and 20th days of September, 2012, in Ponca City, Oklahoma.
*******************************************************************
Reporter: Sonya Kay Meneely
One copy each witness
Compressed Transcript each witness
Word Index each witness
Etran, PDF each witness
Exhibits 135 through 142 with tabs
Exhibit s143 through 153 with tabs
Witness signature each witness

| | | |
|---|---|---|
| **WINSTON LINDSAY** | 288.00 | 259.20 |
| **BLAKE CONNELLY** | 359.75 | 323.77 |
| **Total Amount Due** | 647.75 | |

*******************************************************************
Receive a 10 percent discount on all invoices paid within 10 days!
**Total Amount Due if paid by October 25, 2012**     582.97
NET 30 DAYS
*******************************************************************
TAX ID NUMBER: 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

pd 10/16/2012
ck# 29182

ENTERED

# INVOICE

DOKICH COURT REPORTERS, INC
19712 MACARTHUR BLVD
SUITE 100
IRVINE, CA 92612
Phone:949-222-1131 Fax:949-222-1139

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31211 | 10/18/2012 | 14851 |
| Job Date | Case No. | |
| 10/10/2012 | CIV-12-113-L | |
| Case Name | | |
| NATIONAL MOTORSPORT ASSOCIATION, LLC VS. ABC RACE ASSOCIATION, INC. | | |

GUY CLARK, ESQ.
NORTHCUTT, CLARK, GARDNER, HRON & BRUNE
400 EAST CENTRAL
SUITE 401
PONCA CITY, OK 74602

| | | |
|---|---|---|
| Due upon receipt | Total Invoice | $237.50 |
| | RPM Paid | -0.00 |
| | **Defs.' Expense** | **$237.50** |

1 CERTIFIED TRANSCRIPT OF:
   REID NORDIN                                                                 237.50

                                            TOTAL DUE >>>          $237.50

Reference No.   : 12-0584-DIB

PAYMENT OPTIONS:
1) Cash on Delivery.  2) Send payment.  3) Visa OR Mastercard.
For new or out-of-area clients or at the sole option of Dokich Court Reporters, Inc., payment is due by COD. Past due accounts will be subject to a monthly finance charge of 1.5% per month.

Tax ID: 33-0745559

*Please detach bottom portion and return with payment.*

GUY CLARK, ESQ.
NORTHCUTT, CLARK, GARDNER, HRON & BRUNE
400 EAST CENTRAL
SUITE 401
PONCA CITY, OK 74602

Job No.     : 14851          BU ID       : 1-MAIN
Case No.    : CIV-12-113-L
Case Name   : NATIONAL MOTORSPORT ASSOCIATION, LLC VS. ABC RACE ASSOCIATION, INC.
Invoice No. : 31211          Invoice Date : 10/18/2012
Total Due   : $237.50

pd 10/24/2012
ck# 29196

ENTERED

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   DOKICH COURT REPORTERS, INC
            19712 MACARTHUR BLVD
            SUITE 100
            IRVINE, CA 92612



1352 Irvine Blvd. Tustin, CA 92780 -3549
Phone 714-508-7019   Fax

Northcutt Law Firm
400 East Central Avenue
Suite 401
Ponca City, OK 74601
Attn: Guy Clark

| Total Invoice | $175.00 |
|---|---|
| RPM Paid | -0.00 |
| **Defs.' Expense** | **$175.00** |

Invoice No. 31093

Inv. Date    Job Ref#
10/29/12    12-NCLF00001

Reference: National Motorsport Association vs. ABC Race Association
Deposition Date: October 10, 2012        Case No.  CIV-12-113-L
Witness: Reid Nordin
    Video Deposition

| | |
|---|---|
| 1 DVD copy @ 125.00 per disk | 125.00 |
| Parking | N/C |
| Shipping & Handling(Overnight shipping) | 50.00 |

ENTERED

Total amount  $ 175.00

pd 10/30/2012
ck # 29205

Terms: DUE UPON RECEIPT

Thank you for using I Witness Video

# Sonya Kay Meneely
## Meneely Court Reporting
Northern Oklahoma's Complete Court Reporting Source Since 1991
PO Box 2534
Ponca City, Oklahoma 74602
sonyakay@shidlerok.net
580-765-1370

|  |  |
|---|---|
| Total Invoice | $504.00 |
| RPM Paid | -0.00 |
| **Defs.' Expense** | **$504.00** |

November 13, 2012

INVOICE NUMBER 12-122

ON ACCOUNT WITH:
Mr. Guy Clark
Northcutt, Clark, Gardner, Hron & Brune
400 East Central, Suite 401
PO Drawer 1669
Ponca City, Oklahoma 74602

In Re: NMA v ABC Race, RPM Sports; CIV-12-113-L
*********************************************************************

The deposition of ALLEN McWILLIAMS was taken on the 7th day of November, 2012, in Oklahoma City, Oklahoma.
*********************************************************************

Reporter: Sonya Kay Meneely
One copy
Word index
Compressed transcript
Exhibits 158-169 with tabs
PDF and etran
**Total Amount Due**                                    560.00
*********************************************************************
Receive a 10 percent discount on all invoices paid within 10 days!
**Total Amount Due if paid by November 23, 2012**      504.00
NET 30 DAYS
*********************************************************************
TAX ID NUMBER: 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

## *THANK YOU!!!*
A 1.5 percent finance charge will be added to all invoices over 30 days.

ENTERED



1352 Irvine Blvd. Tustin, CA 92780
Phone 714-508-7019   Fax

Northcutt Law Firm
400 East Central Avenue
Suite 401
Ponca City, OK 74601
Attn: Guy Clark

Total Invoice   $200.00
RPM Paid         -0.00
**Defs.' Expense**  **$200.00**

Invoice No. 32046

Inv. Date     Job Ref#
12/29/12      12-NCLF00002

Reference: National Motorsport Association vs. ABC Race Association
Deposition Date: October 10, 2012           Case No.  CIV-12-113-L
Witness: Reid Nordin
     Video Deposition

1 hour Mpeg-1 file @ 150.00 per hour encoding time       150.00
Parking                                                   N/C
Expedite charge @ 50.00 (emailed file on December 29th, 2012)   50.00

Total amount    $ 200.00

pd 01/04/2013
ck# 29453

ENTERED

Terms: DUE UPON RECEIPT

Thank you for using I Witness Video

*GC*
*ABC Race*

The UPS Store - #2543
522 North 14th Street
Ponca City, OK 74601
(580) 762-6225

*Copies Exhibit*

08/21/12  01:25 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

|||||||||||||||||||||||||||||||||||||||

002 500092 (010)           T2  $   3.87
   11 x 17 Color        QTY 3
   Reg Unit Price       $   1.29

                     SubTotal  $   3.87
                   Taxable (T2) $   0.34
                        Total  $   4.21
                         Cash  $   4.21


ENTERED

Receipt ID 83270922909362888876 003 Items
CSH: Robert         Tran: 3182 Reg: 001

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

ENTER FOR A CHANCE TO
WIN $1000

We value your feedback
To enter please complete the customer
satisfaction survey located at:

www.theupsstore.com/survey

For official rules and Terms and
Conditions go to www.theupsstore.com
and click on the Customer Experience
Survey link

*pd by GC*